IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEROD FRANKLIN WATTS**                                                                                   **PLAINTIFF**

v.                                         **Case No. 3:21-cv-00258-KGB**

**STEVEN DAVIS,** *et al.*                                                                                    **DEFENDANTS**

**ORDER**

Before the Court is the Recommended Disposition of Magistrate Judge Edie R. Ervin (Dkt. No. 6). Jerod Franklin Watts filed a complaint on December 14, 2021 (Dkt. No. 1). In his complaint, Mr. Watts requested that all "correspondence copies and letters" be sent to 13 Skyline Drive, Cherokee Village, AR 72529 (*Id.*, at 6). On December 15, 2021, Magistrate Judge Edie R. Ervin entered an initial order directing Mr. Watts to either pay the $402.00 filing fee or file a properly completed application to proceed *in forma pauperis* ("IFP") within 30 days of the date of the Order (Dkt. No. 2). A copy of that Order, along with an IFP application, was sent to Mr. Watts at the Sharp County Detention Center on December 15, 2021, but was returned undeliverable (Dkt. Nos. 3-5). The Court did not send a copy of the initial Order or the IFP application to the Cherokee Village address listed in the complaint (Dkt. No. 1). On January 18, 2022, United States Magistrate Judge Edie R. Ervin issued a Recommended Disposition that Mr. Watt's complaint be dismissed without prejudice based on his failure to respond to the Court's Order and comply with the instructions contained therein (Dkt. No. 6). A copy of the Recommended Disposition was mailed to Mr. Watts at the Sharp County Detention Center and returned undeliverable (Dkt. No. 7). The Court did not send a copy of the Recommended Disposition to the Cherokee Village address listed in the complaint (Dkt. No. 1, at 6).

The Court directs the Clerk to update Mr. Watts' address of record to the one specified in his complaint: 13 Skyline Drive, Cherokee Village, AR 72529 (*Id.*). The Court directs the Clerk to resend all the mail previously returned undeliverable (Dkt. Nos. 3-6) to Mr. Watts at that Cherokee Village address along with a copy of this Order.

Mr. Watts shall have 30 days from the date of the entry of this Order to respond to the initial Order and comply with the instructions contained therein, should he choose to do so (Dkt. No. 2). If Mr. Watts fails to respond within 30 days of the date of this Order, the Court will adopt the Recommended Disposition (Dkt. No. 6) and Mr. Watts's complaint will be dismissed without prejudice.

It is so ordered this 6th day of December, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge