IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEROD FRANKLIN WATTS**                                                                                      **PLAINTIFF**

v.                                    **Case No. 3:21-cv-00258-KGB**

**STEVEN DAVIS**, *et al.*                                                                                    **DEFENDANTS**

**ORDER**

On December 28 and 29, 2021, and January 3 and 31, 2022, mail to plaintiff Jerod Franklin Watts was returned undeliverable (Dkt. Nos. 3; 4; 5, 7). On December 6, 2024, after the Court became aware of an updated address for Mr. Watts, the Court entered an Order mailing Mr. Watts all the filings that had been returned undeliverable and directing Mr. Watts to comply with the instructions contained in United States Magistrate Judge Edie Ervin's Order either to pay the $402.00 filing fee or file a properly completed application to proceed *in forma pauperis* ("IFP") within 30 days of the date of the Order (Dkt. No. 8). The Court notified Mr. Watts that if he failed to respond to the Court's Order, the Court would adopt Judge Ervin's Recommended Disposition recommending dismissal of his case without prejudice (*Id.*). More than 30 days have passed, and Mr. Watts has not responded to the Court's Order. The Court adopts Judge Ervin's Recommended Disposition as this Court's findings in all respects (Dkt. No. 6). The Court dismisses without prejudice Mr. Watts's complaint for failure to prosecute (Dkt. No. 1). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 13th day of January, 2025.

                                                        */s/ Kristine G. Baker*
                                                        Kristine G. Baker
                                                        Chief United States District Judge