IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEROD FRANKLIN WATTS**                                                         **PLAINTIFF**

v.                               Case No. 3:21-cv-00258-KGB

**STEVEN DAVIS,** *et al.*                                                       **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jerod Franklin Watts's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 13th day of January, 2025.

_____
Kristine G. Baker
Chief United States District Judge